UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
NEWTON RODRIGUEZ,

                Plaintiff,                Case No.:

         -against-                **RULE 7.1 STATEMENT**

MODERN HANDLING EQUIPMENT OF NJ, INC.,
MODERN HANDLING EQUIPMENT OF NEW YORK,
INC., MODERN GROUP LTD., MODERN, STARLIFT
EQUIPMENT CO., INC.,

                Defendants.
———————————————————————X

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for third-party defendant, STARLIFT EQUIPMENT CO., INC., (a private, non-governmental party) certifies that does not have any corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       August 15, 2007                Yours, etc.,

                                      WHITE FLEISCHNER & FINO, LLP

                                      By: _____
                                              Deanna E. Hazen (DEH-8120)
                                      Attorneys for Defendant
                                      STAIRLIFT EQUIPMENT CO., INC.
                                      140 Broadway - 36th Floor
                                      New York, New York 10005
                                      (212) 487-9700
                                      Our File No.: 101-12610-D-DEH/SEH

TO:    (See Attached Affidavit)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Lauren Riccio Meltzer, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on August 17, 2007, deponent served the within Rule 7.1 Statement upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Roy A. Kuriloff, Esq.
GORAYEB & ASSOCIATES, P.C.
Attorneys for Plaintiff
100 William Street, Suite 1205
New York, New York 10038
(212) 267-9222
(212) 962-5418 Fax

Michael F. Martino, Esq.
STEIN, McGUIRE, PANTAGES & GIGL
Attorneys for Defendants
MODERN HANDLING EQUIPMENT
COMPANY OF NEW JERSEY, INC. and
MODERN GROUP, LTD.
354 Eisenhower Parkway
Livingston, New Jersey 07039-0460
(973) 992-1100
(973) 535-3990 Fax

232 Madison Avenue, Suite 1200
New York, New York 10016
(212) 725-9888
**Please reply to New Jersey Office**

Lauren Riccio Meltzer

Sworn to before me this
17th day of August, 2007

N. YVONNE MIRANDA
Notary Public - State of New York
NO. 01MI6109672
Qualified in New York County
My Commission Expires 5-17-08

Index No. _____ Year _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEWTON RODRIGUEZ,

                      Plaintiff,

- against -

MODERN HANDLING EQUIPMENT OF NJ, INC., MODERN HANDLING EQUIPMENT OF NEW YORK, MODERN GROUP, LTD, MODERN, STARLIFT EQUIPMENT CO., INC.,

                      Defendants.

## RULE 7.1 STATEMENT

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for Defendant*
STARLIFT EQUIPMENT CO., INC.
140 BROADWAY
NEW YORK, N.Y. 10005
(212) 487-9700

To:
Attorney(s) for

Service of a copy of the within    is hereby admitted.
Dated:

                          .........................
                          Attorney(s) for

PLEASE TAKE NOTICE

☐ that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on
**NOTICE OF ENTRY**

☐ that an Order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at , on , at .
**NOTICE OF SETTLEMENT**

Dated:

                                    **WHITE FLEISCHNER & FINO, LLP**
                *Attorneys for Defendant – STARLIFT EQUIPMENT CO., INC.*
                                    **140 BROADWAY**
                                    **NEW YORK, N.Y. 10005**