UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––––––X
NEWTON RODRIGUEZ,

                Plaintiff,           Docket No.
                                                  1:07-cv-07349

        -against-
MODERN HANDLING EQUIPMENT OF NJ, INC.,
MODERN HANDLING EQUIPMENT OF NEW YORK,
INC., MODERN GROUP LTD., MODERN, STARLIFT
EQUIPMENT CO., INC.,

                Defendants.
––––––––––––––––––––––––––––––––––––X

## DEMAND FOR JURY

    PLEASE TAKE NOTICE, that the defendant STAIRLIFT EQUIPMENT CO., INC., hereby demand a trial by jury.

Dated: New York, New York
         September 6, 2007

                                  Yours, etc.,

                                  WHITE FLEISCHNER & FINO, LLP

                                  By: _____
                                      Deanna E. Hazen (8120)
                                Attorneys for Defendant
                                STAIRLIFT EQUIPMENT CO., INC.
                                140 Broadway - 36th Floor
                                New York, New York 10005
                                (212) 487-9700
                                Our File No.: 101-12610-D-DEH/SEH

TO:   (See Attached Affidavit)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF NEW YORK ) ss:

HORTENSE ZUNIGA, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Jamaica, New York.

That on September 6, 2007, deponent served the within **DEMAND FOR JURY** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Roy A. Kuriloff, Esq.
GORAYEB & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
100 William Street, Suite 1205
New York, New York 10038

Michael F. Martino, Esq.
STEIN, McGUIRE, PANTAGES & GIGL
*Attorneys for Defendants*
MODERN HANDLING EQUIPMENT
COMPANY OF NEW JERSEY, INC. and
MODERN GROUP, LTD.
354 Eisenhower Parkway
Livingston, New Jersey 07039-0460

_____
HORTENSE ZUNIGA

Sworn to before me this
6th day of September, 2007

_____
Notary Public

DEANNA E. HAZEN
Notary Public State of New York
No. 02HA6046098
Qualified in New York County
Commission Expires August 7, ~~2002~~ 2010