AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF          NEW YORK

| | |
|---|---|
| NEWTON RODRIGUEZ | **APPEARANCE** |
| v. | |
| MODERN HANDLING EQUIPMENT | Case Number: 07-cv-7349 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, NEWTON RODRIGUEZ

I certify that I am admitted to practice in this court.

| September 10, 2007 | | |
|---|---|---|
| Date | Signature | |
| | Gail Mota | 7699 |
| | Print Name | Bar Number |
| | 100 William Street, Suite 1205 | |
| | Address | |
| | New York, New York 10038 | |
| | City                    State | Zip Code |
| | (212) 267-9222 | (212) 962-5418 |
| | Phone Number | Fax Number |