UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-----------------------------------------------------------X
NEWTON RODRIGUEZ,

                   Plaintiff,

-against-

MODERN HANDLING EQUIPMENT OF N.J.,
INC., MODERN HANDLING EQUIPMENT OF
NEW YORK, INC., MODERN GROUP LTD.,
MODERN, STARLIFT EQUIPMENT CO, INC.,,

                   Defendants.
-----------------------------------------------------------X

**STIPULATION OF DISCONTINUANGE AS TO DEFENDANTS MODERN HANDLING EQUIPMENT OF N.J., INC., MODERN HANDLING EQUIPMENT OF NEW YORK, INC., and MODERN GROUP, LTD.**

07 Civ 7349  *CM*

**COUNSELORS:**

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED,** by and between the attorneys of record for the parties in the above-entitled action, that, whereas no party herein is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice against, **MODERN HANDLING EQUIPMENT OF N.J., INC., MODERN HANDLING EQUIPMENT OF NEW YORK, INC. and MODERN GROUP, LTD.,** (hereinafter "**MODERN**") including all cross-claims, counter claims and third-party actions asserted on behalf of plaintiff and/or Starlift Equipment Co., Inc., against, **MODERN**, without costs to either party as against the other.

DATED:    New York, New York
               July 23, 2008

_____
GAIL MOTA
GORAYEB & ASSOCIATES, P.C.
Attorney for Plaintiff
NEWTON RODRIGUEZ
100 William Street, Suite 1205
New York, NY 10038
(212) 267-9222/7115 – GM/ym

_____
MICHAEL F. MARTINO
STEIN, McGUIRE, PANTAGES & GIGL, LLP.
Attorney for MODERN HANDLING EQUIPMENT COMPANY OF NJ, INC.
MODERN GROUP LTD.
354 Eisenhower Parkway, Box 460
Livingston, NJ 07039-0460
(973) 992-1100

Law Offices
GORAYEB & ASSOCIATES, P.C.
100 WILLIAM STREET
NEW YORK, NEW YORK 10038

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

_[signature]_
DIONNE SINCLAIR
WHITE, FLEISCHNER & FINO, L.P.
Attorney for Defendant
STARLIFT EQUIPMENT CO, LLP.
61 Broadway, 18th Floor
New York, NY 10005
(212) 487-9700
File No.: 101-12610-D-DEH/SEH

_So ordered_
_[signature] Colleen McM_
_9-2-08_

Law Offices
GORAYEB & ASSOCIATES, P.C.
100 WILLIAM STREET
NEW YORK, NEW YORK 10038

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   :
                      :SS:
COUNTY OF ESSEX       :

LINDA MORGAN, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years and reside in Brick, New Jersey.

That on the 12th day of August, 2008, I served a true copy of the annexed Stipulation of Discontinuance in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New Jersey, addressed to the last known addressee(s) as follows:

TO:  Gail Mota, Esq.
     Gorayeb & Associates, P.C.
     100 William St, Ste 1205
     New York, New York 10038

     Dionne Sinclair,, Esq.
     White Fleischner & Fino, LP
     61 Broadway, 18th Floor
     New York, NY 10005

*Linda Morgan*
LINDA MORGAN

Sworn and subscribed to before
me this 12th day of August, 2008

*Nancy C. Folger*

NANCY C. FOLGER
A Notary Public of New Jersey
My Commission Expires July 7, 2009