UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Newton Rodriguez,                              07 Civ. 7349 (CM) (KNF)

            Plaintiff(s),                **AMENDED TRIAL NOTICE**

-against-

Modern, Starlift Equipment Co., Inc.,

            Defendant(s).
-------------------------------------------------X

      Please take notice that the above captioned matter has been scheduled for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Friday, July 24, 2009 at 2:00 p.m., in courtroom 21B, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Tuesday, September 8, 2009 at 9:30 a.m..** Parties are directed to file a joint pre-trial order and all trial documents required by Judge McMahon's Individual Practices no later than July 2, 2009. Originals must be filed in the Clerk's Office and two courtesy copies are to be provided to the chambers.

      Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: March 25, 2009
       New York, New York

                                        So Ordered

                                        Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09